AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT     ☒ INFORMATION     ☐ INDICTMENT
☐ SUPERSEDING

___ OFFENSE CHARGED ___

18 U.S.C., Section 111(a) - Impeding, Intimidating, and Interfering with Federal Officers and Employees (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misde-meanor
☐ Felony

E-filing

PENALTY:  Maximum Prison Term of One Year;
Maximum Fine $100,000;
Maximum Term of Supervised Release of One Year;
Mandatory Special Assessment of $25

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

___ DEFENDANT - U.S ___

▶ FELICISIMO P. BELLEZA

DISTRICT COURT NUMBER

**CR 08     0555**

MAG

FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

___ PROCEEDING ___

Name of Complaintant Agency, or Person (& Title, if any)

Department of Veteran's Affairs - OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

3-08-70513 BZ

Name and Office of Person
Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     DEREK R. OWENS

___ DEFENDANT ___

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction     } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed _____

DATE OF ARREST  ▶  Month/Day/Year  8/6/2008
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶  Month/Day/Year
TO U.S. CUSTODY  _____

☐ This report amends AO 257 previously submitted

___ ADDITIONAL INFORMATION OR COMMENTS ___

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____     Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3

4  **FILED**

   AUG 2 0 2008

5  RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

6

7

8  E-filing

   UNITED STATES DISTRICT COURT

9                                                                  MAG

   NORTHERN DISTRICT OF CALIFORNIA

10

   SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )    CR 08          0555
                                       )    No.
13        Plaintiff,                   )
                                       )    VIOLATION: 18 U.S.C. § 111(a) -
14     v.                              )    Impeding, Intimidating, and Interfering with
                                       )    Federal Officers and Employees
15                                     )
                                       )
16  FELICISIMO P. BELLEZA,             )    SAN FRANCISCO VENUE
                                       )
17        Defendant.                   )
                                       )
18  _____  )

19

20                        I N F O R M A T I O N

21  The United States Attorney charges:

22     On or about July 31, 2008, in the Northern District of California, the defendant,

23                        FELICISIMO P. BELLEZA,

24  intentionally impeded, intimidated, and interfered with a federal employee, specifically,

25  Veteran's Administration officers and employees, while those federal officers and employees

26  //

27  //

28  //

INFORMATION

1    were engaged in and on account of the performance of their official duties, in violation of Title

2    18, United States Code, Section 111(a).

3

4

5

6    DATED: *August 15, 2008*        JOSEPH P. RUSSONIELLO
                                      United States Attorney
7

8

9                                     KYLE F. WALDINGER
                                      Deputy Chief, Major Crimes Section
10

11

12    (Approved as to form:                              )
                                      DEREK OWENS
13                                    Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION