AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C., Section 111(a) - Impeding, Intimidating, and Interfering with Federal Officers and Employees (Class A Misdemeanor)

E-filing

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum Prison Term of One Year;
Maximum Fine $100,000;
Maximum Term of Supervised Release of One Year;
Mandatory Special Assessment of $25

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ FELICISIMO P. BELLEZA

DISTRICT COURT NUMBER
CR 08 0555 MAG

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Department of Veteran's Affairs - OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3-08-70513 BZ

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year  8/6/2008
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| UNITED STATES OF AMERICA, | ) CR No. 08 0555 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 111(a) - Impeding, Intimidating, and Interfering with Federal Officers and Employees |
| FELICISIMO P. BELLEZA, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about July 31, 2008, in the Northern District of California, the defendant,

FELICISIMO P. BELLEZA,

intentionally impeded, intimidated, and interfered with a federal employee, specifically, Veteran's Administration officers and employees, while those federal officers and employees

//
//
//

INFORMATION

| | |
|---|---|
| 1 | were engaged in and on account of the performance of their official duties, in violation of Title |
| 2 | 18, United States Code, Section 111(a). |
| 3 | |
| 4 | |
| 5 | |
| 6 | DATED: August 15, 2008            JOSEPH P. RUSSONIELLO |
| 7 |                                                          United States Attorney |
| 8 | |
| 9 |                                                          KYLE F. WALDINGER |
| 10 |                                                         Deputy Chief, Major Crimes Section |
| 11 | |
| 12 | (Approved as to form: _____) |
|    |                          DEREK OWENS |
| 13 |                          Assistant United States Attorney |

INFORMATION